**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PATRICIA CONKLING D/B/A EAST WEST HEALTH - ABQ LLC; KYLIE BUZZATTO; and WADE KLOEBLEN,**<br><br>**Defendants.** | **Civil Action No.** |

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. 1332, 1441, and 1446, and NDTX Local Rule 81.1 Defendants Patricia Conkling, Kylie Buzzatto, and Wade Kloeblen (collectively, "Defendants"), by and through their undersigned counsel, hereby remove the above-captioned action from the 153rd Judicial District Court of Tarrant County, Texas, to the United States District Court for the Northern District of Texas, Fort Worth Division. In support of this Notice of Removal, Defendants state as follows:

**I.
BACKGROUND**

1.      On August 22, 2025, Plaintiff Legacy Medical Consultants, LP (Plaintiff) filed its Original Petition in the 153rd Judicial District Court of Tarrant County, Texas, styled Legacy Medical Consultants, LP v. Patricia Conkling d/b/a East West Health - ABQ LLC, Kylie Buzzatto, and Wade Kloeblen, Cause No. 153-368409-25 (the "State Court Action").

2.      Pursuant to Plaintiff's express allegation in the Original Petition filed, Plaintiff alleges claims for breach of contract, quantum meruit, promissory estoppel, and unjust enrichment, seeking damages of at least $2,108,900.00, exclusive of interest and costs. *See* Original Petition, included as **EXHIBIT 1A, ¶¶**1and 3.

3.      Defendants were served with the Original Petition on or about September 9, 2025 (Kylie Buzzatto- **EXHIBIT 1B and 1C**), September 10, 2025 (Wade Kloeblen- **EXHIBIT 1D and 1E**), and November 6, 2025 (Patricia Conkling- **EXHIBIT 1D and 1E**).

4.      This Notice of Removal is timely filed within 30 days of service of the last Defendant served via the initial pleading setting forth the claims for relief upon which this action is based, as required by 28 U.S.C. 1446(b).

## II.
## BASIS FOR REMOVAL

4.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A.      *Diversity of Citizenship*

5.      Plaintiff Legacy Medical Consultants, LP is a Texas limited partnership with its principal place of business in Fort Worth, Texas. For purposes of diversity jurisdiction, Plaintiff is a citizen of Texas. **EXHIBIT 1A, ¶**4.

6.      Pursuant to Plaintiff's own admissions, Defendant Patricia Conkling is an individual domiciled in New Mexico, with her principal place of residence in Rio Rancho, New Mexico. For purposes of diversity jurisdiction, she is a citizen of New Mexico. **EXHIBIT 1A, ¶**5[1].

---

[1] Patricia Conkling, an individual, has been incorrectly and falsely misnamed in the Petition as doing business as a corporate entity by the name of East Wealth Health, which Plaintiff alleges is also a New Mexico limited liability entity. **EXHIBIT 1A, ¶**5.

7.      Defendant Kylie Buzzatto  is an individual domiciled in Arizona, with her principal place of residence in Surprise, Arizona. For purposes of diversity jurisdiction, she is a citizen of Arizona.  **EXHIBIT 1A,** ¶6.

8.      Defendant Wade Kloeblen is an individual domiciled in Tennessee, with his principal place of residence in Nashville, Tennessee. For purposes of diversity jurisdiction, he is a citizen of Tennessee.  **EXHIBIT 1A,** ¶7.

9.      Accordingly, there is complete diversity of citizenship between Plaintiff and all Defendants, and all Defendants are citizens outside the State of Texas.

### B. Amount in Controversy

5.      Plaintiff expressly seeks monetary relief of at least $2,108,900.00, exclusive of interest and costs, which exceeds the jurisdictional threshold of $75,000 required under 28 U.S.C. 1332(a).  **EXHIBIT 1A,** ¶¶1and 3.

## II.
## PROCEDURAL REQUIREMENTS

10.      Pursuant to 28 U.S.C. 1446(a), copies of all process, pleadings, and orders served upon Defendants in the State Court Action are attached hereto as **EXHIBIT 1A-J**.

11.      This Notice of Removal is being filed in the United States District Court for the Northern District of Texas, Fort Worth Division, which is the district and division within which the State Court Action is pending, as required by 28 U.S.C. 1441(a).

12.      Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff, and a copy will be filed with the Clerk of the 153rd Judicial District Court of Tarrant County, Texas, as required by 28 U.S.C. 1446(d).

13.    Pursuant to 28 U.S.C. 1446(b)(2)(A), all Defendants who have been properly joined and served consent to the removal of this action.  **EXHIBIT 2.**

## IV.
## RESERVATION OF RIGHTS

14.    By filing this Notice of Removal, Defendants do not waive any defenses, objections, or motions available under state or federal law. Defendants expressly reserve the right to move for dismissal of some or all of Plaintiffs claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

## V.
## PROCEDURAL REQUIREMENTS

16.    Pursuant to 28 U.S.C. §1446(a), Defendants provide the following to the clerk for filing:

**EXHIBIT 1**

**EXHIBIT 1A**    Original Petition filed on 8-22-2025

**EXHIBIT 1B**    Request for Issuance of Summons – Kylie Buzzatto filed on 8-22-2025

**EXHIBIT 1C**    Executed Service of Citation for Kylie Buzzato filed 9-9-20205

**EXHIBIT 1D**    Request for Issuance of Summons – Wade Kloeben filed on 8-22-2025

**EXHIBIT 1E**    Executed Service of Citation for Wade Kloeben filed on 9-9-2025

**EXHIBIT 1F**    Request for Issuance of Summons – Patricia Conkling filed on 8-22-2025

**EXHIBIT 1G**    Service by way of Counsel- Patricia Conkling

**EXHIBIT 1H**    Defs. Buzzatto & Kloeblen's Original Answer filed on 9-30-2025

**EXHIBIT 1I**    Plaintiff's Initial Disclosures filed on 10-30-2025

**EXHIBIT 1J**    Def. Conkling's Original Answer filed on 12-2-2025

**EXHIBIT 2**    Defendant Consent to Removal 12-5-2025

**EXHIBIT 3**    Index of Matters Being Filed

**EXHIBIT 4**    State Court Docket Sheet

**EXHIBIT 5**    Certificate of Interested Parties

**EXHIBIT 6**    Civil Cover Sheet

**EXHIBIT 7**    Supplemental Civil Cover Sheet

17.    Pursuant to 28 U.S.C.§ l446(d), written notices of filing of this Notice of Removal will be given to all adverse parties of record promptly after the filing of same.

18.    Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the District Clerk for the 153rd Judicial District Court of Tarrant County, Texas promptly after filing of same.

19.  There are no orders in the state case issued by the Court.

20.  The state court docket sheet has been attached to this Notice of Removal as **EXHIBIT 4**.

21.  Counsel of record for the parties in this matter are as follows:

| *Counsel for Plaintiff:* | *Counsel for Defendants:* |
|---|---|
| **GREGORY J. MOORE**<br>Texas Bar No. 24055999<br>**BLANK ROME LLP**<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002<br>713.632.8657<br>Greg.Moore@BlankRome.com | **SONIA B. ALFARO**<br>State Bar No. 24086849<br>**MEADERS & ALFARO**<br>1330 Post Oak Blvd, Suite 801<br>Houston, Texas 77056<br>Tel:     713-403-3125<br>Fax:    855-602-8224<br>Email: salfaro@meaderslaw.com |

## VI.
## RELIEF REQUESTED

WHEREFORE, Defendants respectfully remove this action from the 153rd Judicial District Court of Tarrant County, Texas, to the United States District Court for the Northern District of Texas, Fort Worth Division, and request that this Court assume full jurisdiction over this matter as provided by law.

Respectfully Submitted,

*/s/ Sonia B. Alfaro*
**SONIA B. ALFARO**
State Bar No. 24086849
**MEADERS & ALFARO**
1330 Post Oak Blvd., Suite 801
Houston, Texas 77056
Tel:     713-403-3125
Fax:    855-602-8224
Email: salfaro@meaderslaw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December 2025, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Fort Worth Division, using the CM/ECF system which will send notification of such filing to the following:

Gregory J. Moore
**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, TX 77002
Greg.Moore@BlankRome.com
*Attorney for Plaintiffs*

*/s/ Sonia B. Alfaro*
**SONIA B. ALFARO**