IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PATRICIA CONKLING D/B/A EAST WEST HEALTH - ABQ LLC; KYLIE BUZZATTO; and WADE KLOEBLEN,**<br><br>**Defendants.** | **Civil Action No. 4:25-cv-01375-P** |

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendants, PATRICIA CONKLING (incorrectly misnamed in the caption as DBA East West Health- ABQ, LLC; KYLIE BUZZATTO and WADE KLOEBLEN (collectively referred to as "Defendants") and file their Answer to the First Amended Complaint as follows:

### I.   PRELIMINARY STATEMENT

1. All allegations included in Paragraph 1 of the Amended Complaint are denied.

### II.  PARTIES

2. The allegations included in Paragraph 2 of Plaintiff's First Amended Complaint are denied as alleged.

3. The allegations included in Paragraph 3 Plaintiff's First Amended Complaint are denied.

4. The first sentence of Paragraph 4 of Plaintiff's First Amended Complaint is admitted. The second sentence of Paragraph 4 of Plaintiff's First Amended Complaint is denied.

5. The allegations included in Paragraph 5 Plaintiff's First Amended Complaint are admitted.

### III. JURISDICTION AND VENUE

6. Paragraph 6 of Plaintiff's First Amended Complaint contains legal conclusions for which no response is required. To the extent a response is required, the allegations therein are denied.

7. Paragraph 7 of Plaintiff's First Amended Complaint contains legal conclusions for which no response is required. To the extent a response is required, the allegations therein are denied.

### IV. CONDITIONS PRECEDENT

8. The allegations included in Paragraph 8 of Plaintiff's First Amended Complaint are denied.

### V. DEMAND FOR RELIEF

9. The allegations included in Paragraph 9 of Plaintiff's First Amended Complaint are denied.

### VI. FACTUAL ALLEGATIONS

10. The allegations included in Paragraph 10 of Plaintiff's First Amended Complaint are denied. It is affirmatively alleged that Legacy Medical Consultants has been legally dissolved and is no longer in existence.

11. The allegations included in Paragraph 11 of Plaintiff's First Amended Complaint are not directed at the appearing party and therefore do not require a responsive pleading. Otherwise,

the allegations there included are denied for lack of sufficient information at this time to admit or deny the veracity of these.

      12. The allegations included in Paragraph 12 of Plaintiff's First Amended Complaint are not directed at the appearing party and therefore do not require a responsive pleading. Otherwise, the allegations there included are denied for lack of sufficient information at this time to admit or deny the veracity of these.

      13. The allegations included in Paragraph 13 of Plaintiff's First Amended Complaint are denied.

      14. The allegations included in Paragraph 14 of Plaintiff's First Amended Complaint are denied.

      15. Paragraph 15 of the First Amended Complaint provides legal opinions about an alleged contract that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

      16. Paragraph 16 of the First Amended Complaint provides legal opinions about an alleged contract that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

      17. The allegations included in Paragraph 17 of Plaintiff's First Amended Complaint are denied.

      18. The allegations included in Paragraph 18 of Plaintiff's First Amended Complaint are denied.

      19. The allegations included in Paragraph 19 of Plaintiff's First Amended Complaint are denied.

20. Paragraph 20 of the First Amended Complaint provides legal opinions about an alleged contract that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

21. Paragraph 21 of the First Amended Complaint provides legal opinions about an alleged contract that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

22. The allegations included in Paragraph 22 of Plaintiff's First Amended Complaint are denied.

23. The allegations included in Paragraph 23 of Plaintiff's First Amended Complaint are denied.

24. The allegations included in Paragraph 24 of Plaintiff's First Amended Complaint are denied.

25. The allegations included in Paragraph 25 of Plaintiff's First Amended Complaint are denied.

26. Paragraph 26 of the First Amended Complaint provides legal opinions about an alleged contract that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

27. The allegations included in Paragraph 27 of Plaintiff's First Amended Complaint are denied.

28. The allegations included in Paragraph 28 of Plaintiff's First Amended Complaint are denied.

29. The allegations included in Paragraph 29 of Plaintiff's First Amended Complaint are denied.

## VII. CLAIMS
### COUNT 1:  BREACH OF CONTRACT (AGAINST CONKLING)

30. Defendants repeat and re-allege each and every response to the allegations in the First Amended Complaint as set forth above as if set forth at length herein.

31. The allegations included in Paragraph 31 of Plaintiff's First Amended Complaint are denied.

32.  Paragraph 32 of the First Amended Complaint provides legal opinions about an alleged contract(s) that do not require a responsive pleading.  Otherwise, any allegation included therein is denied.

33. Paragraph 33 of the First Amended Complaint provides legal opinions about an alleged contract(s) that do not require a responsive pleading.  Otherwise, any allegation included therein is denied.

34. The allegations included in Paragraph 34 of Plaintiff's First Amended Complaint are denied.

35. The allegations included in Paragraph 35 of Plaintiff's First Amended Complaint are denied.

36. The allegations included in Paragraph 36 of Plaintiff's First Amended Complaint are denied.

### COUNT 2:  BRECH OF CONTRACT (IN THE ALTERNATIVE, AGAINST BUZZATTO & KLOEBEN)

37.  Defendants repeat and re-allege each and every response to the allegations in the First Amended Complaint as set forth above as if set forth at length herein.

38. The allegations included in Paragraph 38 of Plaintiff's First Amended Complaint are denied.

39. The allegations included in Paragraph 39 of Plaintiff's First Amended Complaint are denied.

40. Paragraph 40 of the First Amended Complaint provides legal opinions about an alleged contract(s) that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

41. Paragraph 41 of the First Amended Complaint provides legal opinions about an alleged contract(s) that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

42. Paragraph 42 of the First Amended Complaint provides legal opinions about an alleged contract(s) that do not require a responsive pleading. Otherwise, any allegation included therein is denied.

43. The allegations included in Paragraph 43 of Plaintiff's First Amended Complaint are denied.

44. The allegations included in Paragraph 44 of Plaintiff's First Amended Complaint are denied.

45. The allegations included in Paragraph 45 of Plaintiff's First Amended Complaint are denied.

46. The allegations included in Paragraph 46 of Plaintiff's First Amended Complaint are denied.

### COUNT 3: IN THE ALTERNATIVE, QUANTUM MERUIT (AGAINST ALL DEFENDANTS)

47. Defendants repeat and re-allege each and every response to the allegations in the First Amended Complaint as set forth above as if set forth at length herein.

48. The allegations included in Paragraph 48 of Plaintiff's First Amended Complaint are denied.

49. The allegations included in Paragraph 49 of Plaintiff's First Amended Complaint are denied.

50. The allegations included in Paragraph 50 of Plaintiff's First Amended Complaint are not directed at the appearing parties and therefore do not require a responsive pleading. Otherwise, any allegation there included is denied.

51. The allegations included in Paragraph 51 of Plaintiff's First Amended Complaint are denied.

52. The allegations included in Paragraph 52 of Plaintiff's First Amended Complaint are denied.

53. The allegations included in Paragraph 53 of Plaintiff's First Amended Complaint are denied.

54. The allegations included in Paragraph 54 of Plaintiff's First Amended Complaint are denied.

55. The allegations included in Paragraph 55 of Plaintiff's First Amended Complaint are denied.

### COUNT 4: IN THE ALTERNATIVE, PROMISSORY ESTOPPEL (AGAINST ALL DEFENDANTS)

56. Defendants repeat and re-allege each and every response to the allegations in the First Amended Complaint as set forth above as if set forth at length herein.

57. The allegations included in Paragraph 57 of Plaintiff's First Amended Complaint are denied.

58. The allegations included in Paragraph 58 of Plaintiff's First Amended Complaint are denied.

59. The allegations included in Paragraph 59 of Plaintiff's First Amended Complaint are denied.

60. The allegations included in Paragraph 60 of Plaintiff's First Amended Complaint are denied.

### COUNT 5: IN THE ALTERNATIVE, UNJUST ENRICHMENT (AGAINST ALL DEFENDANTS)

61. Defendants repeat and re-allege each and every response to the allegations in the First Amended Complaint as set forth above as if set forth at length herein.

62. The allegations included in Paragraph 62 of Plaintiff's First Amended Complaint are denied.

63. The allegations included in Paragraph 63 of Plaintiff's First Amended Complaint are denied.

64. The allegations included in Paragraph 64 of Plaintiff's First Amended Complaint are denied.

65. The allegations included in Paragraph 65 of Plaintiff's First Amended Complaint are denied.

### COUNT 6: IN THE ALTERNATIVE, QUANTUM MERUIT FOR IMPAX PRODUCTS (AGAINST ALL DEFENDANTS)

66. Defendants repeat and re-allege each and every response to the allegations in the First Amended Complaint as set forth above as if set forth at length herein.

67. The allegations included in Paragraph 67 of Plaintiff's First Amended Complaint are denied.

68. The allegations included in Paragraph 68 of Plaintiff's First Amended Complaint are denied.

69. The allegations included in Paragraph 69 of Plaintiff's First Amended Complaint are denied.

70. The allegations included in Paragraph 70 of Plaintiff's First Amended Complaint are denied.

71. The allegations included in Paragraph 71 of Plaintiff's First Amended Complaint are denied.

72. The allegations included in Paragraph 72 of Plaintiff's First Amended Complaint are denied.

73. The allegations included in Paragraph 73 of Plaintiff's First Amended Complaint are denied.

74. The allegations included in Paragraph 74 of Plaintiff's First Amended Complaint are denied.

### COUNT 7: IN THE ALTERNATIVE, UNJUST ENRICHMENT FOR IMPAX PRODUCTS (AGAINST ALL DEFENDANTS)

75. Defendants repeat and re-allege each and every response to the allegations in the First Amended Complaint as set forth above as if set forth at length herein.

76. The allegations included in Paragraph 76 of Plaintiff's First Amended Complaint are denied.

77. The allegations included in Paragraph 77 of Plaintiff's First Amended Complaint are denied.

78. The allegations included in Paragraph 78 of Plaintiff's First Amended Complaint are denied.

79. The allegations included in Paragraph 79 of Plaintiff's First Amended Complaint are denied.

## VIII. REQUEST FOR JURY TRIAL

80. Paragraph 80 of Plaintiff's First Amended Complaint does not require a responsive pleading. Otherwise, any allegation there included is denied.

***Any allegation included in Plaintiff's First Amended Complaint's Conclusion and Prayer for Relief is denied. Furthermore, any allegation included in Plaintiff's First Amended Complaint not specifically addressed above is denied. ***

## AFFIRMATIVE DEFENSES

1. Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's First Amended Complaint is missing indispensable parties.

3. Defendants never entered into any contract with Plaintiff.

4. To the extent Plaintiff's claims are based on alleged oral agreements or promises, such claims are barred by the statute of frauds.

5. Any amounts allegedly owed have been paid, offset, or credited.

6. Defendants deny the existence of privity of contract with Plaintiff as alleged.

7. Defendants deny any personal liability under the agreements referenced in the Complaint.

8. Plaintiff failed to provide consideration as required under the alleged agreements.

9. Plaintiff's claims for unjust enrichment and quantum meruit are barred where an express contract exists.

10. Defendants reserve the right to assert additional affirmative defenses as may become apparent during discovery.

**WHEREFORE**, Defendants respectfully request that the Court dismiss Plaintiff's First Amended Complaint with prejudice, award Defendants their costs and attorneys' fees, and grant such other and further relief as the Court deems just and proper.

Respectfully Submitted,

*/s/ Sonia B. Alfaro*
**SONIA B. ALFARO**
State Bar No. 24086849
**MEADERS & ALFARO**
1330 Post Oak Blvd., Suite 801
Houston, Texas 77056
Tel:    713-403-3125
Fax:    855-602-8224
Email: salfaro@meaderslaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Fort Worth Division, using the CM/ECF system which will send notification of such filing to the following:

Gregory J. Moore
Megan Altobelli
**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, TX 77002
Greg.Moore@BlankRome.com
Megan.Altobelli@BlankRome.com
*Attorney for Plaintiffs*

*/s/ Sonia B. Alfaro*
**SONIA B. ALFARO**

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**                                                                          **PAGE 11**