IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § § § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **Civil Action No. 4:25-cv-01375** |
| **PATRICIA CONKLING D/B/A EAST WEST HEALTH – ABQ LLC; KYLIE BUZZATTO; WADE KLOEBLEN,** | § § § § § | |
| *Defendants.* | § | |

## DEFENDANTS' RULE 26 TESTIFYING EXPERT DISCLOSURES

**COMES NOW,** Defendants Patricia Conkling, Kylie Buzzatto, and Wade Kloeblen (collectively, "Defendants") in the above-styled and numbered cause and serves their Expert Disclosures in accordance with the Federal Rules of Civil Procedure 26.

**I.     Non-Retained Experts**

**A.  Plaintiff's Designated Experts**

**Charlotte L. Kohler, [RN], CPA, CVA, CRCE, CPC, CPCO, CEMC**
Kohler HealthCare Consulting, Inc. (KHC)
2929 Hernwood Rd.
Woodstock, MD 21163
(410) 461-5116
ckohler@kohlerhc.com

Defendants have not retained this expert witness. Therefore, the qualifications of said expert witnesses are not known to Defendants. Defendants reserve the right to examine each such expert regarding the information known to the expert, examination, conduct by the expert witness, mental impressions and/or opinions which are reflected in her expert report.  Defendants do not, by this designation, acknowledge the validity of any of the alleged expert opinions or their

---

qualifications to render such opinions.  Therefore, Defendants do not waive their right to challenge the qualifications or opinions of these witnesses by this designation.

## II.    Defendants' Designated Experts

### A.  Scott Bolhack, MD. MBA, CMD, CWSP, FACP

**Fed. R. Civ. P. 26(a)(2)(B):**

**Scott Bolhack, MD, MBA, CMD, CWSP, FACP**
OSS Law Enforcement Advisors
19018 Candleview Dr.
Spring, Texas 77388
(281) 288-9190

Dr. Scott Bolhack is a board certified in an Internal Medicine and Hospice and Palliative Care. He is certified Wound Specialist Physician though the American Board of Wound Management.  Dr. Bolack is a Certified Medical Director in skilled nursing facilities through the Post-Acute and Long-Term care Medical Association.  Dr. Bolhack has operated and has experience in the operations of medical clinics and wound care facilities.  Dr. Bolhack has over three decades of experience in treating and serving the needs of residents with skilled nursing facilities and transition care for patients. He has served as the medical director of wound care clinics and nursing facilities

Dr. Bolhack will offer testimony regarding his education, training and experience in the fields in operating medical clinics, nursing facilities and wound care clinics. He may offer testimony regarding the opinions and qualifications of other experts in the case, such as Charlotte Kohler [RN]. Dr. Bolhack may also offer rebuttal testimony to any opinions offered by any expert called by any other party.

Dr. Bolhack will provide testimony based on his education, training and experience, and based on a review of the materials outlined below, his medical expertise and experiences listed in his C.V., as well as other publicly available information.  Dr. Bolhack will provide opinions regarding the operation of a wound care clinic and the roles and responsibilities of office staff and nursing practitioners.  Dr. Bolhack will provide opinions and testimony regarding procedures as to operating wound clinics, orders and purchases of wound care treatments/medical products and the authority and responsibility of payment for such purchases. Dr. Bolhack may opine and provide testimony regarding the procedures and process for Medicare and insurance reimbursements and I for wound care medical products, including IVR forms, approval and reimbursement payment process. It is anticipated that Dr. Bolhack will address the subject matters, opinions, and testimony offered by Plaintiff's retained expert, Charlotte Kohler.  A complete statement of Dr. Bolhack's opinions, the basis and reasons for them, the facts or data considered in reaching those opinions will be set forth in his forthcoming Expert Report.

Dr. Bolhack's opinions and testimony are based upon his review of pleadings, discovery responses, purchases agreements and documents produced in this case. His specific opinions and expected testimony will be set forth in his forthcoming Expert Report and is incorporated fully herein.

A complete list of all documents provided to Dr. Bolhack will be included in his expert report.

**Fed. R. Civ. P. 26(a)(2)(B)(i)-(iii):** A copy of Dr. Bolhack's written report will be supplemented and will contain a complete statement of his opinions he will express and the basis and reasons for them. Dr. Bolhack's forthcoming Expert Report will also contain the facts or data considered in reaching his opinions.

**Fed. R. Civ. P. 26(a)(2)(B)(iv):** Dr. Bolhack's qualifications, including a list of all his publications, are contained in the curriculum vitae and will be supplemented with his forthcoming Expert Report.

**Fed. R. Civ. P. 26(a)(2)(B)(v):** Dr. Bolhack's list of cases for his testimony will be supplemented.

**Fed. R. Civ. P. 26(a)(2)(B)(vi):** Dr. Bolhack's Statement of Compensation will be supplemented.

### B. Jeffrey I. Nicodemus & Daniel A. Ortega

**Fed. R. Civ. P. 26(a)(2)(B):**

**Jeffrey I. Nicodemus**
**Daniel A. Ortega**
Cobb Martinez Woodward, PLLC
1700 Pacific Avenue, Suite 3100
Dallas, TX 75201
214-220-5200

Mr. Nicodemus and Mr. Ortega are counsel of record and are licensed attorneys. They will testify as to the reasonableness of any claim for attorneys' fees by Plaintiff or Defendants, and any expense or costs associated with this lawsuit. They will discuss hourly rates and time spent to defend claims brought against Defendants and will render an opinion on reasonable and necessary attorneys' fees for that work. They will base their opinions on the factors set out in Rule 1.04 of the Texas Disciplinary Rules of Professional Conduct and in the recent Texas Supreme Court opinions and subsequent case law on recovery of attorneys' fees. They are experienced attorneys and are familiar with civil litigation like that engaged by Plaintiff, and the reasonable legal services necessary to prepare, file, prosecute and defend such a lawsuit. They are expected to testify that

they are familiar with reasonable attorneys' fees charged by counsel for this type of representation. Their opinions will be based on their knowledge, education, experience, training, and applicable law, as well as their involvement in this lawsuit and with the case file and their review of the case documents and billing records generated for handling, prosecuting, defending, and litigating the lawsuit. They are expected to testify as Texas attorneys practicing in Dallas.

Mr. Nicodemus and Mr. Ortega will review the fee agreement and time of any attorneys claiming fees in this matter, as well as any other documentation of attorneys' fees that form the basis of any claim for attorneys' fees. In reaching their opinions on attorneys' fees in this case, Mr. Nicodemus and Mr. Ortega will take into account the following factors as prescribed by Rule 1.04 of the Texas Rules of Professional Conduct:

a. the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal service properly;

b. the likelihood that the acceptance of the particular employment will preclude other employment;

c. the fee customarily charged in the locality for similar legal services;

d. the amount involved and the results obtained;

e. the time limitations imposed by the client or by the circumstances;

f. the nature and length of the professional relationship with the client;

g. the experience, reputation, and ability of the lawyer or lawyers performing the services; and

h. whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

Mr. Nicodemus and Mr. Ortega may also offer opinions as to the reasonable and necessary fees and expenses through trial which are unknown at this time, the amount of post-judgment motions and enforcement of the judgment, and the post-judgment appeals to the Court of Appeals and Texas Supreme Court, whether or not petition for review is granted.

**Fed. R. Civ. P. 26(a)(2)(B)(i)-(iii):** Defendants will provide a summary of attorneys' fees as necessary at the time of trial.

**Fed. R. Civ. P. 26(a)(2)(B)(iv):** A copy of Mr. Nicodemus's and Mr. Ortega's qualifications and CV are available at http://www.cobbmartinez.com/Attorneys and are fully incorporated herein by reference.

**Fed. R. Civ. P. 26(a)(2)(B)(v):**    Neither Mr. Nicodemus nor Mr. Ortega have testified in the last four years.

**Fed. R. Civ. P. 26(a)(2)(B)(vi):**    Mr. Nicodemus's and Mr. Ortega's attorney fees and hourly rates will be provided.

## III.    Reservation of Rights, Rebuttal Expert

To the extent additional discovered information has bearing on the opinions and impressions of the experts designated herein, Defendants reserve the right to supplement the scope of each expert's designation. Further, in the event additional information is disclosed during the discovery process that identifies new subjects requiring expert guidance, Defendants reserve the right to designate additional experts.

Defendants further reserve the right to call undesignated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence.

**Signed this 13th  day of April, 2026.**

Respectfully Submitted,

By:  */s/ Daniel A. Ortega*

**JEFFREY I. NICODEMUS**
Texas Bar No. 24007748
jnicodemus@cobbmartinez.com
**DANIEL A. ORTEGA**
Texas Bar No. 24067808
dortega@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200
(214) 220-5299 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record either by e-service, telefax, certified mail, return receipt requested, e-mail and/or regular U.S. mail on this 13th day of April 2026.


Gregory J. Moore
Megan A. Altobelli
**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, TX 77002
713.632.8657
Greg.Moore@BlankRome.com
*Attorneys for Plaintiff*


/s/ Daniel A. Ortega
**DANIEL A. ORTEGA**
**JEFF I. NICODEMUS**