**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § | **Case No. 4:25-cv-01375-P** |
| **PATRICIA CONKLING D/B/A EAST WEST HEALTH - ABQ LLC; KYLIE BUZZATTO; and WADE KLOEBLEN,** | § § § § § | |
| **Defendants.** | § § § | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Legacy Medical Consultants, LP ("Legacy") and Defendants Conkling, Buzzatto, and Kloeblen file this Joint Motion to extend the deadlines for discovery and the filing of dispositive motions by a period of thirty (30) days. Due to scheduling conflicts and Defendants' counsel's health issues, the parties need additional time to complete key depositions and obtain discovery from non-parties.

### Relevant Procedural History

1.       A Scheduling Order was entered on December 29, 2025, pursuant to which all discovery was to be completed by June 12, 2026, and dispositive motions were to be filed by July 13, 2026. [Doc. 9].

2.       Since that time, both parties have engaged in written discovery and exchanged expert disclosures, and Legacy has issued non-party subpoenas for documents, among other things.

3.       On March 19, 2026, counsel for Defendants filed an Unopposed Notice of Withdrawal and Substitution of Counsel for counsel Jeff Nicodemus and Daniel Ortega with COBB

MARTINEZ WOODWARD PLLC to appear for Defendants.  On March 23, 2026, this Court granted Defendants Unopposed Notice of Withdrawal and Substitution of Counsel.

4.      Through written discovery, it became apparent that the Parties need additional information and documents from a non-party.  On May 11, 2026, Legacy served notice of subpoenas to non-parties Anodyne Pain& Wellness, Inc. and Anodyne Holdings, Inc.  Through discovery, the Parties have learned that these entities have key information and documents regarding the execution of the purchase agreements and payments related to the purchase agreements.  The Defendants do not have access to these documents that are material to this lawsuit.

5.      In May, lead counsel for Defendants underwent a surgical procedure for a serious health condition.  Earlier this month, lead counsel for Defendants learned that he will need additional treatment for his health condition.

6.      On May 27, 2026, the Parties mediated the case before Judge Evans.

7.      The parties have been working diligently to schedule key depositions. Defendant Wade Kloeblen's deposition occurred on May 28th and the remaining defendants' depositions are set for June 10th and June 11th. However, the parties are still attempting to schedule depositions for Legacy's corporate representative and experts of the Parties.

8.      Therefore, the Parties seek extension of the following Scheduling Order deadlines, including discovery and dispositive motion deadline, to allow the Parties the necessary time to conduct additional discovery.

|  | Current Deadline | Proposed Deadline Date |
|---|---|---|
| Discovery Deadline | June 12, 2026 | July 13, 2026 |
| Dispositive Motion Deadline | July 13, 2026 | August 13, 2026 |

**Basis for the Motion**

9.      Paragraph 6 of the Scheduling Order permits extension of the discovery deadline as follows: "The Parties may agree to extend this discovery deadline for good cause and with the appropriate motion and Court's consent." [Doc. 9 ¶ 6]. Paragraph 12 of the Scheduling Order also indicates that a scheduling order may be modified upon a showing of good cause with leave of court. [*Id*. at ¶ 12].

10.     Basis to extend June 12, 2026 Discovery deadline. The original discovery timetable has proven to be shorter than needed for several reasons. First, the parties are still working on scheduling key depositions. Defendant Wade Kloeblen's deposition occurred on May 28th and the remaining defendants' depositions are set for June 10th and 11th, however, the parties are still working on scheduling depositions for Legacy's corporate representative and the parties' experts. While the parties have been diligently working on getting these depositions scheduled, scheduling has been difficult due to various scheduling conflicts and Defendants' counsel being out for health reasons. Nonetheless, the parties are in discussions to complete the remaining depositions as soon as reasonably practicable and no later than the close of the proposed extended discovery period. Second, developments since the Scheduling Order have triggered the need for additional discovery. For example, through written discovery, it was uncovered that entities named Anodyne Pain & Wellness Solutions, Inc. and Anodyne Holdings are in possession of relevant information and documents pertaining to this lawsuit. Legacy has served non-party subpoenas to these entities and needs additional time to obtain documents. Based on this, the parties believe another thirty days are needed to complete discovery.

11.     <u>Basis to extend July 13, 2026 Dispositive Motion deadline</u>. Good cause exists to extend the current dispositive motion deadline because the requested extension of the discovery deadline would leave the dispositive motion deadline only one day after the close of discovery. That would not provide sufficient time for the parties to review final discovery, incorporate deposition testimony and document production, and prepare fully developed dispositive motions. Extending this deadline would promote judicial economy by ensuring that any dispositive motions are based on a complete factual record, reducing the likelihood of supplementation or requests for leave to file additional briefing. Therefore, the parties request a thirty-day extension of the dispositive motion deadline to align with the thirty-day discovery extension.

12.     This is the parties' first request for an extension of these deadlines, and it otherwise complies with the Scheduling Order.

## **Relief Requested**

13.     Accordingly, there is good cause to extend the discovery and dispositive motion deadlines by thirty days as follows:

Discovery Deadline:                              ~~June 12, 2026~~ July 13, 2026

Dispositive Motions:                            ~~July 13, 2026~~ August 13, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*
Megan A. Altobelli
Texas Bar No. 24107116
200 Crescent Court, #1000
Dallas, Texas 75201
(972) 850-1467
Megan.Altobelli@BlankRome.com
***Attorney for Plaintiff***

*/s/ Daniel A. Ortega (with permission)*
Jeffrey I. Nicodemus
State Bar No. 24007748
jnicodemus@cobbmartinez.com
Daniel A. Ortega
State Bar No. 24067808
dortega@cobbmartinez.com
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Ave., Suite 3100
Dallas, TX 75201
Tel: 214-220-5200
Fax: 214-220-5299
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all parties and counsel of record on June 11, 2026, via the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2).

*/s/ Megan A. Altobelli*
Megan A. Altobelli