**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:25-cv-01375** |
| | § | |
| **PATRICIA CONKLING D/B/A EAST WEST HEALTH – ABQ LLC; KYLIE BUZZATTO; and WADE KLOEBLEN,** | § | |
| **Defendants.** | § | |

# AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Legacy Medical Consultants, LP ("Plaintiff") and Defendants Patricia Conkling d/b/a East West Health – ABQ LLC, Kylie Buzzatto, and Wade Kloeblen ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, jointly file this Agreed Motion to Dismiss with Prejudice.

The Parties have resolved all claims and disputes in this action. Accordingly, the Parties respectfully request that the Court dismiss this action in its entirety with prejudice, with each Party bearing its own attorneys' fees and costs.

Dated: October 7, 2026.

Respectfully submitted,

BLANK ROME LLP

*/s/ Megan A. Altobelli*
Megan A. Altobelli
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
Telephone: (972) 850-1467
Email: Megan.Altobelli@BlankRome.com

**ATTORNEY FOR PLAINTIFF**

COBB MARTINEZ WOODWARD PLLC

/s/ *Daniel A. Ortega (with permission)*
Jeffrey I. Nicodemus
Texas State Bar No. 24007748
Daniel A. Ortega
Texas State Bar No. 24067808
1700 Pacific Ave., Suite 3100
Dallas, Texas 75201
Telephone: (214) 220-5200
Email: jnicodemus@cobbmartinez.com
Email: dortega@cobbmartinez.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon all parties and counsel of record on October 7, 2026, via the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2).

By: */s/ Megan A. Altobelli*
Megan A. Altobelli