**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,**<br>**Plaintiff,** | §<br>§<br>§<br>§<br>§<br>§ | |
| **v.** | § | **Case No. 4:25-cv-01375** |
| **PATRICIA CONKLING D/B/A EAST WEST HEALTH – ABQ LLC; KYLIE BUZZATTO; and WADE KLOEBLEN,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§ | |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. The Court finds the Motion is well taken and should be **GRANTED**. Therefore, it is hereby:

**ORDERED** that all claims asserted in this action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each Party shall bear its own attorneys' fees, costs, and expenses.

**IT IS FURTHER ORDERED** that this case is **CLOSED** for statistical and administrative purposes.

**IT IS SO ORDERED.**

SIGNED __________________, 2026.

______________________________
HON. MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE