UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEGACY MEDICAL CONSULTANTS, LP,**

Plaintiff,

v. **No. 4:25-cv-01375-P**

**PATRICIA CONKLING, ET AL.,**

Defendants.

**ORDER**

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. ECF No. 29. The Court finds the Motion is well taken and should be **GRANTED**. All claims asserted in this action are **DISMISSED WITH PREJUDICE**. Each Party shall bear its own attorneys' fees, costs, and expenses. The clerk is directed to close this case.

**SO ORDERED** on this **8th day of October 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE