UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEGACY MEDICAL CONSULTANTS, LP,**

Plaintiff,

v. **No. 4:25-cv-01375-P**

**PATRICIA CONKLING, ET AL.,**

Defendants.

**FINAL JUDGMENT**

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order this same day, this case is **DISMISSED** with prejudice. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **8th day of October 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE